Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10283−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nanda Parbattie Dasrat
    65 Salter Place
    Belleville, NJ 07109

Social Security No.:
    xxx−xx−1022

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              3/9/23
Time:              08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 9, 2023
JAN: smz

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Nanda Parbattie Dasrat  
    Debtor

Case No. 23-10283-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Feb 09, 2023      Form ID: 132      Total Noticed: 80

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nanda Parbattie Dasrat, 65 Salter Place, Belleville, NJ 07109-1164 |
| 519810437 | + | C Tech Collection, Inc, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2026 |
| 519810436 | + | C Tech Collection, Inc, Attn: Bankruptcy Department, 5505 Nesconset Hwy, Suite 200, Mount Sinai, NY 11766-2026 |
| 519810465 | + | Citibank, NA, successor by merger to, Department Stores National Bank, Rubin & Rothman, LLC, 190 North Avenue East, Cranford, NJ 07016-2444 |
| 519810464 | + | Citibank, NA, successor by merger to, Department Stores National Bank c/o, Rubin & Rothman LLC, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 519810466 | + | Citibank, NA, successor by merger to, Department Stores National Bank, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519810495 | + | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519810506 | + | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519810523 | + | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519810529 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |
| 519810528 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2023 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2023 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519810428 | + | Email/Text: backoffice@affirm.com | Feb 09 2023 20:54:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519810431 | + | Email/Text: backoffice@affirm.com | Feb 09 2023 20:54:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519810434 | + | Email/PDF: bncnotices@becket-lee.com | Feb 09 2023 21:05:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519810435 | + | Email/PDF: bncnotices@becket-lee.com | Feb 09 2023 21:05:28 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519810438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2023 21:04:57 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810448 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2023 21:05:25 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519823041 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 09 2023 21:05:27 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519810461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:05:28 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519810460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:05:16 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

| District/off: 0312-2 | User: admin | | Page 2 of 5 |
|---|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: 132 | | Total Noticed: 80 |

| | | | | |
|---|---|---|---|---|
| 519810463 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:05:03 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 | |
| 519810462 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:05:16 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 | |
| 519810467 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:05:28 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 | |
| 519810468 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:05:28 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 | |
| 519810470 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:05:28 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 | |
| 519810469 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:05:03 | Citibank/Sears, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 | |
| 519810471 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2023 20:53:00 | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 | |
| 519810472 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2023 20:53:00 | Comenity Bank/Dress Barn, Po Box 182789, Columbus, OH 43218-2789 | |
| 519810475 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2023 20:53:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 | |
| 519810476 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2023 20:53:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 | |
| 519810478 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2023 20:53:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 | |
| 519810477 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2023 20:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 | |
| 519810473 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2023 20:53:00 | Comenity Bank/mandee, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 | |
| 519810474 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2023 20:53:00 | Comenity Bank/mandee, Po Box 182789, Columbus, OH 43218-2789 | |
| 519810492 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:05:03 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 | |
| 519816382 | Email/Text: mrdiscen@discover.com | Feb 09 2023 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 | |
| 519810481 | + Email/Text: mrdiscen@discover.com | Feb 09 2023 20:53:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 | |
| 519810479 | + Email/Text: mrdiscen@discover.com | Feb 09 2023 20:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 | |
| 519810483 | ^ MEBN | Feb 09 2023 20:48:19 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 | |
| 519810484 | ^ MEBN | Feb 09 2023 20:48:20 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 | |
| 519810485 | ^ MEBN | Feb 09 2023 20:49:26 | Experian, P.O. Box 2002, Allen, TX 75013-2002 | |
| 519810486 | ^ MEBN | Feb 09 2023 20:48:56 | Experian, P.O. Box 4500, Allen, TX 75013-1311 | |
| 519810487 | + Email/Text: bankruptcy@firstelectronic.com | Feb 09 2023 20:54:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 | |
| 519810488 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 09 2023 20:54:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 | |
| 519810489 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2023 20:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 | |
| 519810458 | Email/PDF: ais.chase.ebn@aisinfo.com | | | |

Case 23-10283-JKS   Doc 12   Filed 02/11/23   Entered 02/12/23 00:15:26   Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: 132 | Total Noticed: 80 |

| Recipient ID | | Delivery Method | Date/Time | Recipient Address |
|---|---|---|---|---|
| 519810459 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2023 21:04:57 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| | | | Feb 09 2023 21:04:57 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519826188 | + | Email/Text: RASEBN@raslg.com | Feb 09 2023 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519810490 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 09 2023 20:53:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519810491 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 09 2023 20:53:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519810493 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 21:05:16 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519810494 | + | Email/PDF: pa_dc_claims@navient.com | Feb 09 2023 21:05:14 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519810495 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 09 2023 21:04:59 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519810502 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 09 2023 20:53:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519810497 | + | Email/Text: DeftBkr@santander.us | Feb 09 2023 20:53:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 519810496 | + | Email/Text: DeftBkr@santander.us | Feb 09 2023 20:53:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 519810498 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2023 20:53:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519810499 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2023 20:53:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 519810501 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 09 2023 20:54:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519810500 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 09 2023 20:54:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519810504 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:05:14 | Syncb/Car Care, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519810503 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:05:13 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810505 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:04:58 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810507 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:05:13 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810509 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:05:14 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519810511 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:05:25 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519810512 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:05:25 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519810515 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:04:58 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519810513 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:05:13 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 23-10283-JKS    Doc 12    Filed 02/11/23    Entered 02/12/23 00:15:26    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: 132 | Total Noticed: 80 |

| 519810517 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:04:58 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810518 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:05:13 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519810519 | ^ | MEBN | Feb 09 2023 20:49:07 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519810520 | ^ | MEBN | Feb 09 2023 20:49:15 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519810522 | + | Email/Text: LCI@upstart.com | Feb 09 2023 20:53:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 519810521 | + | Email/Text: LCI@upstart.com | Feb 09 2023 20:53:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519810524 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 21:05:14 | Walmart Credit Services/Capital One, Po Box 965024, Orlando, FL 32896-5024 |
| 519810526 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2023 21:05:13 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 519810525 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2023 21:04:59 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519810527 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 09 2023 21:05:26 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 70

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519810429 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519810430 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519810432 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519810433 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519810439 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810440 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810441 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810442 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810443 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810444 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810445 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810446 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810447 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810449 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810450 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810451 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810452 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810453 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810454 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810455 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810456 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810457 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810482 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519810480 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519810508 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810510 | *+ | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519810516 | *+ | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519810514 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: 132 | Total Noticed: 80 |

TOTAL: 0 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Nanda Parbattie Dasrat yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2020-RPL1 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4