Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10283−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nanda Parbattie Dasrat
   65 Salter Place
   Belleville, NJ 07109

Social Security No.:
   xxx−xx−1022

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:        5/11/23
Time:        10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$1,202.28

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 12, 2023
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nanda Parbattie Dasrat  
Debtor

Case No. 23-10283-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5  
Date Rcvd: Apr 12, 2023      Form ID: 137      Total Noticed: 83

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nanda Parbattie Dasrat, 65 Salter Place, Belleville, NJ 07109-1164 |
| 519810437 | + | C Tech Collection, Inc, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2026 |
| 519810436 | + | C Tech Collection, Inc, Attn: Bankruptcy Department, 5505 Nesconset Hwy, Suite 200, Mount Sinai, NY 11766-2026 |
| 519810466 | + | Citibank, NA, successor by merger to, Department Stores National Bank, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519810464 | + | Citibank, NA, successor by merger to, Department Stores National Bank c/o, Rubin & Rothman LLC, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 519810465 | + | Citibank, NA, successor by merger to, Department Stores National Bank, Rubin & Rothman, LLC, 190 North Avenue East, Cranford, NJ 07016-2444 |
| 519810506 | + | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519810523 | + | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519810428 | + | Email/Text: backoffice@affirm.com | Apr 12 2023 20:31:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519810431 | + | Email/Text: backoffice@affirm.com | Apr 12 2023 20:31:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519810434 | + | Email/PDF: bncnotices@becket-lee.com | Apr 12 2023 20:50:19 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519810435 | + | Email/PDF: bncnotices@becket-lee.com | Apr 12 2023 20:50:12 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519810438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2023 20:39:56 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810448 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2023 20:39:40 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519823041 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 12 2023 20:39:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519810461 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:50:11 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519810460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:50:15 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519810463 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:50:11 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519810462 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0312-2 | User: admin | | Page 2 of 5 |
|---|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 137 | | Total Noticed: 83 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519810467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:50:15 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519810468 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:50:15 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519810470 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:50:19 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519810469 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:39:50 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519810471 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 20:50:19 | Citibank/Sears, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519810472 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 20:30:00 | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519810475 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 20:30:00 | Comenity Bank/Dress Barn, Po Box 182789, Columbus, OH 43218-2789 |
| 519810476 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 20:30:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519810478 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 20:30:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 519810477 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 20:30:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519810473 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 20:30:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519810474 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 20:30:00 | Comenity Bank/mandee, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519810492 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:30:00 | Comenity Bank/mandee, Po Box 182789, Columbus, OH 43218-2789 |
| 519816382 | | Email/Text: mrdiscen@discover.com | Apr 12 2023 20:50:15 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519810481 | + | Email/Text: mrdiscen@discover.com | Apr 12 2023 20:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519810479 | + | Email/Text: mrdiscen@discover.com | Apr 12 2023 20:30:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519810483 | | ^ MEBN | Apr 12 2023 20:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519810484 | | ^ MEBN | Apr 13 2023 12:55:29 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519810485 | | ^ MEBN | Apr 13 2023 12:55:30 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519810486 | | ^ MEBN | Apr 13 2023 12:55:23 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519810487 | + | Email/Text: bankruptcy@firstelectronic.com | Apr 13 2023 12:55:45 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519810488 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 12 2023 20:31:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519810489 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2023 20:31:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519810458 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 12 2023 20:30:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519810459 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 12 2023 20:39:31 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| | | | Apr 12 2023 20:39:56 | Chase Card Services, Po Box 15369, Wilmington, |

Case 23-10283-JKS    Doc 20    Filed 04/14/23    Entered 04/15/23 00:16:12    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 137 | Total Noticed: 83 |

| | | | |
|---|---|---|---|
| | | | DE 19850 |
| 519826188 | + Email/Text: RASEBN@raslg.com | Apr 12 2023 20:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519810490 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2023 20:30:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519810491 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2023 20:30:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519863430 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 12 2023 20:31:00 | Legacy Mortgage Asset Trust 2020-RPL1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519810493 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 20:39:36 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519810494 | + Email/PDF: pa_dc_claims@navient.com | Apr 12 2023 20:39:33 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519810495 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 12 2023 20:39:59 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519810502 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 12 2023 20:30:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519810497 | + Email/Text: DeftBkr@santander.us | Apr 12 2023 20:30:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 519810496 | + Email/Text: DeftBkr@santander.us | Apr 12 2023 20:30:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 519833840 | + Email/Text: DeftBkr@santander.us | Apr 12 2023 20:30:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 519810498 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 12 2023 20:31:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519810499 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 12 2023 20:31:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 519810501 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 12 2023 20:31:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519810500 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 12 2023 20:31:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519810504 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:32 | Syncb/Car Care, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519810503 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:58 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810505 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:58 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810507 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:32 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810509 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:41 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519810511 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:58 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519810512 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:58 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519810515 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:58 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |

Case 23-10283-JKS    Doc 20    Filed 04/14/23    Entered 04/15/23 00:16:12    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 137 | Total Noticed: 83 |

| | | | | |
|---|---|---|---|---|
| 519810513 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:41 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810517 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:32 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810518 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:58 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519810519 | ^ | MEBN | Apr 13 2023 12:55:49 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519810520 | ^ | MEBN | Apr 13 2023 12:55:52 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519810522 | + | Email/Text: LCI@upstart.com | Apr 12 2023 20:30:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 519810521 | + | Email/Text: LCI@upstart.com | Apr 12 2023 20:30:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519858139 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 12 2023 20:39:45 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519810524 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2023 20:39:32 | Walmart Credit Services/Capital One, Po Box 965024, Orlando, FL 32896-5024 |
| 519810526 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 20:39:59 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 519810525 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 20:39:33 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519810527 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 20:39:45 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 519810528 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 20:39:59 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 519810529 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 12 2023 20:39:33 | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 75

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519810429 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519810430 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519810432 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519810433 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519810439 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810440 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810441 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810442 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810443 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810444 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810445 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810446 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810447 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810449 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810450 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810451 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810452 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810453 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 137 | Total Noticed: 83 |

| | | |
|---|---|---|
| 519810454 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810455 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810456 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810457 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810482 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519810480 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519810508 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810510 | *+ | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519810516 | *+ | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519810514 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023                           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Nanda Parbattie Dasrat yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2020-RPL1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Nanda Parbattie Dasrat yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5