GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

| Re: | NANDA PARBATTIE DASRAT<br>65 SALTER PLACE<br>BELLEVILLE,  NJ  07109 | Atty: | GOLDMAN & BESLOW, LLC<br>ATTORNEYS AT LAW<br>7 GLENWOOD AVE, SUITE 311B<br>EAST ORANGE, NJ  07017 |
|---|---|---|---|

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-10283

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $12,648.00**

## RECEIPTS AS OF 01/01/2024 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/02/2023 | $300.00 | | 03/30/2023 | $300.00 | |
| 05/01/2023 | $300.00 | | 05/31/2023 | $300.00 | |
| 06/30/2023 | $356.00 | | 07/31/2023 | $356.00 | |
| 08/30/2023 | $356.00 | | 10/02/2023 | $356.00 | |
| 12/01/2023 | $356.00 | | | | |

**Total Receipts: $2,980.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,980.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024 (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| STATE OF NJ | 12/11/2023 | $7.56 | 921,203 | | | | |
| UNITED STATES TREASURY/IRS | 12/11/2023 | $24.06 | 8,003,904 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 226.86 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | C TECH COLLECTION, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,126.51 | * | 0.00 | |
| 0008 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CITI/SEARS | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 23-10283**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0013 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CITIBANK/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | CITIBANK/SEARS | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | COMENITY BANK/DRESS BARN | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | COMENITY BANK/OVERSTOCK | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | COMENITY BANK/MANDEE | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 8,313.55 | * | 0.00 | |
| 0036 | FIRST ELECTRONIC BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | UNITED STATES TREASURY/IRS | PRIORITY | 5,971.72 | 100.00% | 273.29 | |
| 0039 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | MACYS/FDSB | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | NAVIENT SOLUTIONS INC | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | SANTANDER BANK, N.A. | UNSECURED | 23,829.87 | * | 0.00 | |
| 0047 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition | 669.01 | 100.00% | 0.00 | |
| 0051 | STATE OF NJ | PRIORITY | 1,876.00 | 100.00% | 85.85 | |
| 0052 | SYNCB/CAR CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | SYNCB/OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | SYNCHRONY/ASHLEY FURNITURE HOME | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | UPSTART | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | WALMART CREDIT SERVICES/CAPITAL O | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | WELLS FARGO BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | WELLS FARGO HM MORTGAG | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | WELLS FARGO/FURNITURE MARKETING | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | JPMORGAN CHASE BANK NA | UNSECURED | 2,198.64 | * | 0.00 | |
| 0078 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0079 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0080 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0081 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0082 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0083 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0084 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0085 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0086 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0088 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0089 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0090 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0091 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0092 | UNITED STATES TREASURY/IRS | UNSECURED | 136.94 | * | 0.00 | |
| 0093 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 369.66 | * | 0.00 | |

**Total Paid:  $3,336.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $2,980.00    -    Paid to Claims: $359.14    -    Admin Costs Paid: $2,976.86    =    Funds on Hand: $0.00

**Chapter 13 Case # 23-10283**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.