| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c) Marie-Ann Greenberg MAG-1284 Marie-Ann Greenberg, Standing Trustee 30 TWO BRIDGES ROAD SUITE 330 FAIRFIELD, NJ 07004-1550 973-227-2840 Chapter 13 Standing Trustee | Case No.: 23-10283 |
|---|---|
| IN RE: NANDA PARBATTIE DASRAT | Adv. No.: Hearing Date: 04/09/2026 Judge: JKS |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 03/10/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

### Notice of Motion to Dismiss

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
NANDA PARBATTIE DASRAT
65 SALTER PLACE
BELLEVILLE, NJ 07109
Mode of Service: Regular Mail

Attorney for Debtor(s):
GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ 07017
Mode of Service: ECF and/or Regular Mail

Dated: March 10, 2026

By: /S/ Keith Guarneri
Keith Guarneri