Form cscnodsc − ntccsclsnodis

### UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  23−10283−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nanda Parbattie Dasrat
65 Salter Place
Belleville, NJ 07109

Social Security No.:
xxx−xx−1022

Employer's Tax I.D. No.:

---

### NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☐   Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: August 3, 2026
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 23-10283-JKS

Nanda Parbattie Dasrat                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                              Page 1 of 5

Date Rcvd: Aug 03, 2026                   Form ID: cscnodsc                        Total Noticed: 83

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nanda Parbattie Dasrat, 65 Salter Place, Belleville, NJ 07109-1164 |
| 519810466 | + | Citibank, NA, successor by merger to, Department Stores National Bank, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519810464 | + | Citibank, NA, successor by merger to, Department Stores National Bank c/o, Rubin & Rothman LLC, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 519810465 | + | Citibank, NA, successor by merger to, Department Stores National Bank, Rubin & Rothman, LLC, 190 North Avenue East, Cranford, NJ 07016-2444 |
| 519810528 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 519810529 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 03 2026 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 03 2026 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519810428 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 03 2026 22:01:36 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519810431 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 03 2026 22:01:58 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519810434 | + | Email/PDF: bncnotices@becket-lee.com | Aug 03 2026 22:01:34 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519810435 | + | Email/PDF: bncnotices@becket-lee.com | Aug 03 2026 22:01:34 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519810437 | + | Email/Text: bankruptcy@ctech-collects.com | Aug 03 2026 21:58:00 | C Tech Collection, Inc, 5505 Nesconset Hwy, Mount Sinai, NY 11766-2026 |
| 519810436 | + | Email/Text: bankruptcy@ctech-collects.com | Aug 03 2026 21:58:00 | C Tech Collection, Inc, Attn: Bankruptcy Department, 5505 Nesconset Hwy, Suite 200, Mount Sinai, NY 11766-2026 |
| 519810438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2026 22:01:42 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810448 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2026 22:01:42 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519823041 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2026 22:01:36 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519810459 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 03 2026 22:01:30 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 519810458 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 03 2026 22:01:31 | Chase Card Services, Attn: Bankruptcy, P.O. |

District/off: 0312-2                          User: admin                                    Page 2 of 5

Date Rcvd: Aug 03, 2026                       Form ID: cscnodsc                              Total Noticed: 83

|  |  |  |  |
|---|---|---|---|
|  |  |  | 15298, Wilmington, DE 19850-5298 |
| 519810461 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2026 22:01:47 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519810460 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2026 22:01:58 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519810463 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2026 22:01:58 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519810462 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2026 22:01:47 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519810467 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2026 22:01:58 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519810468 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2026 22:01:58 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519810470 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2026 22:01:36 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519810469 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2026 22:01:37 | Citibank/Sears, Attn: Bnakruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519810471 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2026 21:58:00 | Comenity Bank/Dress Barn, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519810472 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2026 21:58:00 | Comenity Bank/Dress Barn, Po Box 182789, Columbus, OH 43218-2789 |
| 519810475 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2026 21:58:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519810476 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2026 21:58:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 519810478 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2026 21:58:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519810477 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2026 21:58:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519810473 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2026 21:58:00 | Comenity Bank/mandee, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519810474 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 03 2026 21:58:00 | Comenity Bank/mandee, Po Box 182789, Columbus, OH 43218-2789 |
| 519810492 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2026 22:01:37 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519816382 | Email/Text: mrdiscen@discover.com | Aug 03 2026 21:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519810481 | + Email/Text: mrdiscen@discover.com | Aug 03 2026 21:57:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519810479 | + Email/Text: mrdiscen@discover.com | Aug 03 2026 21:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519810483 | Email/Text: bankruptcycourts@equifax.com | Aug 03 2026 21:58:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519810484 | Email/Text: bankruptcycourts@equifax.com | Aug 03 2026 21:58:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 519810485 | ^ MEBN | Aug 03 2026 21:50:39 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519810486 | ^ MEBN | Aug 03 2026 21:52:15 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519810487 | + Email/Text: bankruptcy@firstelectronic.com | Aug 03 2026 21:59:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |

| 519810488 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Aug 03 2026 21:59:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519810489 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Aug 03 2026 21:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519826188 | + Email/Text: RASEBN@raslg.com | | |
| | | Aug 03 2026 21:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519810490 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Aug 03 2026 22:01:42 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519810491 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Aug 03 2026 22:01:42 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519863430 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Aug 03 2026 21:59:00 | Legacy Mortgage Asset Trust 2020-RPL1, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519810493 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Aug 03 2026 22:01:58 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519810494 | + Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | Aug 03 2026 22:01:56 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 519810495 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | Aug 03 2026 22:01:55 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 519810502 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Aug 03 2026 21:57:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519810497 | + Email/Text: DeftBkr@santander.us | | |
| | | Aug 03 2026 21:58:00 | Santander Bank, Po Box 12646, Reading, PA 19612-2646 |
| 519810496 | + Email/Text: DeftBkr@santander.us | | |
| | | Aug 03 2026 21:58:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 519833840 | + Email/Text: DeftBkr@santander.us | | |
| | | Aug 03 2026 21:58:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC: PA-WYO-BKR2, Wyomissing, PA 1961-19610-1242 |
| 519810498 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Aug 03 2026 21:59:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519810499 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Aug 03 2026 21:59:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 519810501 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Aug 03 2026 21:59:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 519810500 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Aug 03 2026 21:59:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519810504 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 03 2026 22:01:40 | Syncb/Car Care, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519810503 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 03 2026 22:01:29 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810506 | ^ MEBN | | |
| | | Aug 03 2026 21:52:08 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519810505 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 03 2026 22:01:41 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810507 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 03 2026 22:01:42 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810509 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 03 2026 22:01:29 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519810511 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | | Aug 03 2026 22:01:40 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519810512 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 03 2026 22:01:52 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519810515 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 03 2026 22:01:51 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519810513 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 03 2026 22:01:41 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810517 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 03 2026 22:01:42 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810518 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 03 2026 22:01:42 | Synchrony/Ashley Furniture Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519810519 | ^ | MEBN | | |
| | | | Aug 03 2026 21:51:13 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519810520 | ^ | MEBN | | |
| | | | Aug 03 2026 21:52:30 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519810522 | + | Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | | Aug 03 2026 21:58:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 519810521 | + | Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | | Aug 03 2026 21:58:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519858139 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Aug 03 2026 22:01:57 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519810523 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Aug 03 2026 22:01:32 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519810524 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 03 2026 22:01:41 | Walmart Credit Services/Capital One, Po Box 965024, Orlando, FL 32896-5024 |
| 519810526 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | | Aug 03 2026 22:01:44 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 519810525 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | | Aug 03 2026 22:01:32 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519810527 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |
| | | | Aug 03 2026 22:01:43 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 77

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519810429 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519810430 | *+ | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519810432 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519810433 | *+ | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519810439 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810440 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810441 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810442 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810443 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810444 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810445 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810446 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519810447 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| 519810449 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810450 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810451 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810452 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810453 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810454 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810455 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810456 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810457 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519810482 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519810480 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519810508 | *+ | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519810510 | *+ | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 519810516 | *+ | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 519810514 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor Legacy Mortgage Asset Trust 2020-RPL1 cwoerner@raslg.com |
| David G. Beslow | on behalf of Debtor Nanda Parbattie Dasrat ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mark Goldman | on behalf of Debtor Nanda Parbattie Dasrat yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor Legacy Mortgage Asset Trust 2020-RPL1 bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6